Case 4:19-cv-04612   Document 7   Filed on 12/06/19 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
F I L E D

DEC 06 2019

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Ronald Darnell Cephus, Jr | § § | |
| versus | § § | Civil Action 4:19–cv–04612 |
| Lorie Davis | § § | |

## Consent to Proceed Before a Magistrate Judge

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

*(For Magistrate)*
*Ronald Darnell Cephus Jr.*

## Order to Transfer

This case is transferred to United States Magistrate Judge _____ to conduct all further proceedings, including final judgment.

_____          _____
Date                                         United States District Judge

Mr. Ronald Darnell Cephus, Junior
1316675
1697 FM 980
Huntsville, Texas
77343

NORTH HOUSTON TX 773

05 DEC 2019 PM 5 L

4:19-cv-04612

Clerk, David J. Bradley
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, Texas 77208-1010

77208-101010

United States Courts
Southern District of Texas
FILED

DEC 06 2019

David J. Bradley, Clerk of Court